```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTOR ACEVEDO,

                         Plaintiff,

-v-

THE CITY OF NEW YORK, *et al.*,

                        Defendants.

No. 10 Civ. 3170 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The parties are HEREBY ORDERED to appear for a status conference on June 4, 2010 at 3:00 p.m. in Courtroom 21C of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

    IT IS FURTHER HEREBY ORDERED THAT, by May 28, 2010 at 4:00 p.m., the parties shall jointly submit a letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

(1) A brief statement of the nature of the action and the principal defenses thereto;

(2) A brief explanation of why jurisdiction and venue lie in this Court;

(3) A brief description of all outstanding motions and/or outstanding requests to file motions;

(4) A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

(5) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(6) The estimated length of trial; and

(7) Any other information that you believe may assist this Court in resolving this

action.

IT IS FURTHER ORDERED THAT, by May 28, 2010 at 4:00 p.m., the parties shall submit to the Court a proposed case management plan and scheduling order. A template for the order is available at http://www1.nysd.uscourts.gov/judge_info.php?id=99.

The status letter and the proposed case management plan should be emailed to my chambers at the following email address: sullivannysdchambers@nysd.uscourts.gov. Please consult my Individual Rules with respect to communications with chambers and related matters.

Should Defendants wish to file a motion(s) to dismiss prior to its answer, the parties need not abide by this Order but rather submit pre-motion letter(s) that conforms to my Individual Practices. The pre-motion letter must be submitted within the time limits prescribed for filing such a motion under Rule 12, and the deadline to file the motion itself will be stayed until the Court holds a pre-motion conference.

IT IS FURTHER ORDERED THAT Plaintiff shall serve a copy of this Order on Defendants forthwith.

SO ORDERED.

DATED:   April 16, 2010
         New York, New York

　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE